UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREYSTONE BANK,

    Plaintiff(s),                           No. C 10-1914 PJH

    v.                                   **ORDER RE BANKRUPTCY STAY**

RAFAEL AND NORA CERVANTES,

    Defendant(s).

_____/

    It appearing from the Notice of Bankruptcy and Automatic Stay filed on June 18, 2010, that the two remaining defendants, Rafael and Nora Cervantes, have filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

    IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

    IT IS SO ORDERED.

Dated: August 16, 2010

                                                        _____

                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge