**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:    650-856-3700
FACSIMILE:     650-856-3710

NANCY J. GEENEN, CA BAR NO. 135968
    ngeenen@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA  94104-1520
TELEPHONE:     415-434-4484
FACSIMILE:      415-434-4507

Bill J. SYMES, CA Bar No. 257903
    bsymes@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:    619-234-6655
FACSIMILE:     619-234-3510

KATHERINE P. SOBY, CA BAR NO. 241073
    ksoby@foley.com

ATTORNEYS FOR PLAINTIFF GREYSTONE BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| GREYSTONE BANK, | ) CASE NO: C 10-1914-PJH |
|              PLAINTIFF, | ) **NOTICE OF VOLUNTARY** |
|  | ) **DISMISSAL OF ENTIRE ACTION** |
|       V. | ) |
|  | ) FRCP 41(a)(1) |
| RAFAEL CERVANTES; NORA CERVANTES; | ) |
| FREDERICA GORDON; AND DOES 1 | ) |
| THROUGH 10, INCLUSIVE, | ) CASE FILED:  MAY 4, 2010 |
|  | ) |
|              DEFENDANTS. | ) JUDGE: HON. PHYLLIS J. HAMILTON |
|  | ) |
|  | ) |
|  | ) |

///

///

///

///

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION
CASE NO. C 10-1914-PJH

SFCA_1761428.1

1    PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal

2  Rules of Civil Procedure, plaintiff Greystone Bank hereby voluntarily dismisses its

3  entire action against defendants Rafael Cervantes, Nora Cervantes, Frederica

4  Gordon, and Does 1 through 10.

5

6  DATE: SEPTEMBER 23, 2010          **FOLEY & LARDNER LLP**
                                       NANCY J. GEENEN
7                                      BILL J. SYMES
                                       KATHERINE P. SOBY
8

9

10                                 By:_____/s/ Katherine P. Soby_____
                                       KATHERINE P. SOBY
11                                     Attorneys for Plaintiff Greystone Bank

12

13

14

15

16

17                     9/27/10

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION
CASE NO. C 10-1914-PJH

SFCA_1761428.1

1

**PROOF OF SERVICE**

2

I am employed in the **County of San Francisco, State of California**. I am over the age of 18 and not a party to this action; my current business address is **555 California Street, Suite 1700, San Francisco, CA 94104-1520**.

3

4

On **September 23, 2010**, I served the following document(s) described as: **Notice of Voluntary Dismissal of Entire Action** on the interested parties in this action as follows:

5

6

<u>X</u>    BY THE FOLLOWING MEANS:
        I placed an original enclosed in sealed envelope(s) addressed as follows:

7

8

Rafael Cervantes                        Nora Cervantes
111 Prospect Ct                        111 Prospect Ct.
Oakley, CA 94561                    Oakley, CA 94561

9

10

Frederica Gordon                    Thomas Patrick Hogan
290 White Oak Place              Law Offices of Thomas P Hogan
Pittsburg, CA 94565              1207 13th St #1
                                            Modesto, CA 95354

11

12

<u>X</u>    BY MAIL

13

    <u>X</u>    I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Francisco, California**.

14

15

    <u>X</u>    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Francisco, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

16

17

18

    BY E-MAIL

19

    I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

20

    BY FACSIMILE

21

22

    I transmitted the document(s) by facsimile transmission from a facsimile transmission machine, at **San Francisco, California**, with the telephone number, **415.434.4507**, to … whose facsimile transmission telephone number is ….

23

    I am readily familiar with the firm's practice for delivery by facsimile transmission: the firm transmits the document(s) from a facsimile transmission machine to the person to be served. I placed the document(s) in the place designated by the firm, at **San Francisco, California**, for facsimile transmission to … whose facsimile transmission telephone number is … on the above date following ordinary business practices. The document(s) was transmitted from a facsimile transmission machine with the telephone number of **415.434.4507**.

24

25

26

27

28

SFCA_1706309.1

1   The facsimile transmission was reported as complete without error by a
2   transmission report, issued by the facsimile transmission machine upon which
    the transmission was made, immediately following the transmission.

3   ____   BY HAND DELIVERY.  I delivered the envelope(s) **by hand** to addressee(s).

4   ____   BY CERTIFIED RETURN RECEIPT MAIL (**Via United States Postal Service**)

5          ____   I deposited the envelope(s) in a facility regularly maintained by the United
6                 States Postal Service for receipt of Certified Return Receipt Mail, with
                  postage fully prepaid.

7          ____   I am readily familiar with the firm's practice for collection and processing
8                 of correspondence for Certified Return Receipt Mail; the firm deposits the
                  collected correspondence with a facility regularly maintained by the
9                 United States Postal Service for receipt of Certified Return Receipt Mail
                  that same day, in the ordinary course of business, with postage thereon
10                fully prepaid, at **San Francisco, California**.  I placed the envelope(s) for
                  collection and mailing on the above date following ordinary business
11                practices.

12  ____   BY EXPRESS SERVICE CARRIER (**Via Overnight Courier Service**)

13         ____   I placed the envelope(s) in a box or other facility regularly maintained by
                  …, or delivered the document(s) to a courier or driver authorized by the
14                express service carrier to receive document(s), in an envelope(s) or
                  package designated by the express service carrier, with delivery fees paid
15                or provided for, at **San Francisco, California**.

16         ____   I am readily familiar with the firm's practice for collection and processing
                  of correspondence for delivery by …:  collected packages are picked up by
17                an express carrier representative on the same day, with the Airbill listing
                  the account number for billing to sender, at **San Francisco, California**, in
18                the ordinary course of business.  I placed the envelope(s) in an envelope or
                  package designated by the express service carrier for collection and
19                processing for express service delivery on the above date following
                  ordinary business practices.

20  __X__  Executed on **September 23, 2010**, at **San Francisco, California**.

21  __X__  I declare under penalty of perjury under the laws of the State of California
22         that the above is true and correct.
    __X__  I declare that I am employed in the office of a member of the bar of this
23         court at whose direction the service was made.

24                                              Rocio Barcena
                                                Rocio Barcena
25

26

27

28

                            PROOF OF SERVICE
                        CASE NO. 10-CV-01914-PJH